UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUFUS K. CHILDS, JR.,

      Plaintiff,

v.                                                       Case No. 13-C-446

JBS PACKERLAND,

      Defendant.

## DECISION AND ORDER

On August 7, 2014, defendant filed a motion for summary judgment as to the entirety of the plaintiff's amended complaint. The defendant's motion for summary judgment complied with Civil L. R. 56(a) and included the following notice to the plaintiff, Mr. Rufus K. Childs, who is proceeding pro se:

> Mr. Childs is hereby put on notice that any factual assertion contained in the Proposed Statement of Material Facts, declarations, and other documents submitted by JBS in support of this motion will be accepted by the Court as being true unless Mr. Childs submits his own affidavit, declaration, or other admissible documentary evidence contradicting those factual assertions.

(ECF No. 37 at 2.) The plaintiff did not file a response to the defendant's motion and supporting papers, and the proposed findings of fact are therefore deemed true. Civil L. R. 56(b)(4).

The court has reviewed the factual assertions contained in the defendant's submissions and accepts them as true. Thus there are no genuine disputes as to any material facts. Additionally, the undisputed facts show that the defendant is entitled to judgment as a matter of law as to the

plaintiff's claims of unlawful employment discrimination and that he was subjected to a hostile work environment. Accordingly, the defendant's motion for summary judgment is granted and the plaintiff's claims are dismissed. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** this  19  day of September, 2014.

           s/ William C. Griesbach
          William C. Griesbach, Chief Judge
          United States District Court